FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 14 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Entral Group International, LLC

Plaintiff,

v.

Pop Music Studio, Inc. and Ray Yim,

Defendants.

CASE NO.

09 3545

COMPLAINT
(Jury Demand)

SIFTON, J.

LEVY, M.J.

Entral Group International, LLC ("EGI"), by its attorney, Merrill Rubin, Esq., alleges for its complaint against the Defendants as follows:

**NATURE OF THE CASE**

1. This is an action seeking injunctive relief, damages, and attorney fees, based upon:

a. copyright infringement under the Copyright laws of the United States, 17 U.S.C. §101, *et seq.*;

b. federal unfair competition and false designation of origin under 15 U.S.C. § 1125(a);

c. federal false advertising under 15 U.S.C. § 1125(a);

d. false advertising under New York General Business Law §350;

e. deceptive trade practices under New York General Business Law §349;

f. unfair competition under New York General Business Law §360-1;

g. use of name with intent to deceive in violation of New York Business Law §133;

h. common law unfair competition; and

i. seeking an accounting.

**THE PARTIES**

2. EGI is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 1010 Northern Blvd., Suite 208, Great Neck, NY 11021.

3. Defendant Pop Music Studio, Inc. ("Pop Music") is a karaoke entertainment club, with its principal place of business at 37-08 Main Street, Mezzanine, Flushing, New York, 11354.

4. Ray Yim ("Yim") is the chairman or chief executive office of Pop Music. Yim and Pop Music are collectively described herein as "Defendants."

**JURISDICTION AND VENUE**

5. This Court has jurisdiction of this matter under 17 U.S.C. § 101, *et seq*, and 28 U.S.C. §§ 1331, 1338 and 1367.

6. This Court has personal jurisdiction over the Defendants pursuant to Sections 301 and 302 of the New York Civil Practice Law and Rules, and venue in this District is proper under 28 U.S.C. §1391(b) and 28 U.S.C. § 1400, in that the Defendants reside or have their principal place of business in this District, and the acts of infringement complained of herein occurred in this District.

**FACTUAL BACKGROUND**

7. Plaintiff's Control of Chinese Language Audio-Visual Karaoke Works.

8. Plaintiff is in the business of licensing and distributing Chinese language audio-visual karaoke works for commercial use in the United States. Plaintiff's name and reputation as a licensee of high quality foreign language audio-visual karaoke works in North America is widely known throughout the United States and the world.

9.     Plaintiff has invested and continues to invest substantial sums of money, as well as time and effort, in licensing, promoting, and marketing Chinese language audio-visual karaoke works in the United States.

10.     Plaintiff is the representative of various companies, including but not limited to, Universal Music Limited, BMG Hong Kong Limited, EMI Group Hong Kong Limited, Emperor Entertainment (Hong Kong) Limited, Go East Entertainment Company Limited, Cinepoly Record Cos. and Warner Music Hong Kong Ltd. (collectively "the Companies"), who either directly or through their subsidiary labels, own and have exclusive legal control of all worldwide copyright interests in their respective karaoke audio-visual (collectively the "Works").

11.     The Works were created in Hong Kong and are protected under the copyright laws of the United Kingdom, The People's Republic of China, the Berne Convention, and the United States.

12.     Most, if not all, of the Works prominently display the Companies' respective trademarks and other relevant information identifying the source of the Work, often in the opening segment of each of the Works.

13.     The artists whose images, voices, and performances are featured in the Works are generally under exclusive contracts with the Companies with regard to karaoke audio-visual works featuring their likeness and have not produced or authorized any third party to produce any other competing karaoke audio-visual work.

14.     Pursuant to certain agreements between the Companies and TC Worldwide Ltd. ("TCW"), the Companies have granted TCW, among other rights, the exclusive rights to reproduce, distribute and commercially use, and to authorize third parties to reproduce, distribute, and

commercially use, the Works in commercial karaoke outlets in the United States and Canada, and to collect license fees with respect to such reproduction and use.

15. In accordance with certain agreements, TCW has assigned all of its copyright interests in the Works to its affiliate, EGI, the Plaintiff in this action, with respect to the territory of the United States, and to its affiliate, Entral Group International Inc., with respect to the territory of Canada.

16. EGI is, and at all relevant times has been, the exclusive licensee in the United States of copyright interests in all of the Chinese language karaoke audio-visual recordings of the Companies, including but not limited to those Works identified in Schedules attached to affidavits provided by each of the respective Companies ("the Listed Works").

17. The Works listed and incorporated by reference in each such Schedule are of one of two types, they are either

a. a part of the Companies' older works, sometimes called "back lists" or "back catalogues," which lists are periodically updated, or

b. a part of the Companies' more recent works, usually called "Control Catalogues," and which have never been legally distributed in any form in North America except through Plaintiff. Many of the "Control Catalogue" works begin with a notice reading "Promotional Copy," or some variation thereof, and are only available in the United States either through obtaining a license from Plaintiff or through illegal means. The Control Catalogue lists are regularly updated.

18. Upon the authorization of the Companies, Plaintiff has registered a number of the Works with the Registrar or Copyrights in the United States Copyright Office ("the Registered Works').

19. Plaintiff is widely known throughout the United States and the world as the exclusive licensee of the works in North America.

**Defendants' Unlawful Acts and Conduct**

20. Defendants operate a commercial entity engaged in the business of karaoke entertainment. Defendants' business is carried out by obtaining copies of audio-visual karaoke materials, installing those copies onto a specialized computer capable of selecting and displaying those works through an audio-visual system, and then allowing its customers to play and perform such works on the Defendants' premises. Food and alcoholic beverages are also sold by Defendants in connection with the use of the audio-visual karaoke materials.

21. In or about 2003, Plaintiff learned that Defendants were commercially using one or more of the Works without the authorization of Plaintiff or the Companies and engaged in the following acts in violation of Plaintiff's rights in the Works:

a. Defendants infringed upon thousands of Plaintiff's valid and enforceable copyright interests in the Works.

b. Defendants wilfully copied, distributed and performed many of the Works without permission of Plaintiff and in violation of Plaintiff's copyright interests.

c. Defendants made false statements and representations for the purpose of engaging in and soliciting business with regard to the nature, ownership, and character of the Works.

d. Defendants used the Companies' trademarks as featured in the Works in connection with the Defendants' business and service without the authorization of Plaintiff, or any of the Companies.

e. Defendants purposely promoted such Works in a way as to create a false association between Defendants and Plaintiff.

f. Defendants commercially profited, both directly and indirectly, through its unauthorized use of the Works and Plaintiff was injured by Defendants' unlawful acts.

g. Defendants' unauthorized use of the Works provided Defendants with an unfair advantage with respect to Plaintiff's legitimate customers and potential customers.

22. In or about 2003, Plaintiff made demands that Defendants either enter into a license agreement to use the Works or discontinue the infringement and acts complained of and Defendants ignored Plaintiff's requests.

23. On or about December 24, 2003, Plaintiff instituted a civil action against Defendants in the United States District Court for the Eastern District of New York, Entral Group International, LLC v. Pop Music Studio, Inc. and Ray Yim, Case No. 1:03-cv-06453-RJD, seeking an injunction, monetary damages, an accounting, and other relief.

24. On or about May 14, 2004, a preliminary injunction was entered enjoining the Defendants from infringing upon Plaintiff's copyrighted Works.

25. On or about October 13, 2004, an Order to Show Cause for civil contempt and sanctions for violation of the preliminary injunction was issued by the Hon. Raymond J. Dearie.

26. On or about October 29, 2004, Defendants and Plaintiff entered into a confidential Settlement Agreement.

27. On or about November 1, 2004, the Defendants and Plaintiff entered into a Consent Decree which was "so ordered" by the Court and entered on November 4, 2004.

28. Pursuant to the terms of the Consent Decree, the Court retained jurisdiction of the matter for the purpose of enabling the parties "to apply to the Court at any time for such further

orders or directives as may be necessary or appropriate for the interpretation or modification of [the] Consent Decree, for the enforcement of compliance therewith, or for the punishment of violations thereof.

29.    Pursuant to the terms of the Consent Decree, a judgment was entered in favor of Plaintiff directing, among other provisions, that Defendants pay damages and attorneys' fees as provided in the Settlement Agreement and that Defendants are permanently enjoined from infringing upon Plaintiffs' copyrights in the Works.

30.    Pursuant to the terms of the Consent Decree, if a Defendant is found in contempt of the Consent Decree the Defendant would be liable to "reimburse Plaintiff for its attorneys' fees, investigational expenses, and court costs relating to contempt proceedings related to that Defendant."

31.    Thereafter, Defendants entered into a License Agreement with Plaintiff pursuant to which Defendants were permitted to make use of certain of the Works in exchange for payments.

32.    Defendants have violated the terms of the Settlement Agreement, the Consent Decree and the License Agreement in that they have commercially used and are commercially using the Works, including many of the Listed Works, the Control Catalogue Works and many of the Registered Works, without making the payments to the Plaintiff or the Companies required by the License Agreement.

33.    Defendants have violated the terms of the Settlement Agreement and the Consent Decree in that they have commercially used and are commercially using the Works, including many of the Listed Works, the Control Catalogue Works and many of the Registered Works, without the authorization of Plaintiff or the Companies.

34.     Defendants have infringed and continue to infringe thousands of Plaintiff's valid and enforceable copyright interests in the Works.

35.     Defendants have wilfully copied, distributed and performed and continue to copy, distribute, and perform many of the Listed Works and Registered Works without permission of Plaintiff and in violation of Plaintiff's copyright interests.  Specifically, Defendants have engaged in such acts with respect to each of the eleven (11) Works described in Exhibit 1 attached hereto and incorporated by reference herein.   Valid Certificates of Copyright Registration issued by the Registrar of Copyrights for each of these Works are attached hereto and incorporated by reference herein as Exhibit 2.

36.     Defendants have also wilfully copied, distributed, and performed, and continue to copy, distribute, and perform, many of the Control Catalogue Works without permission of Plaintiff and in violation of Plaintiff's copyright interests, including those twenty-four (24) Works described in Exhibit 3 attached hereto and incorporated by reference herein.

37.     Defendants have made false statements and representations for the purpose of engaging in and soliciting business with regard to the nature, ownership, and character of the Works.

38.     Defendant is not now authorized by Plaintiff, or any of the Companies, to use the Companies' trademarks as featured in the Works in connection with any business or service. Defendants have purposely promoted and continue to promote such Works in a way as to create a false association between Defendant and Plaintiff.

39.     Defendant's use of the Companies' trademarks in connection with its unauthorized use of the Works is likely to cause confusion, mistake,  or deception.  In particular, customers of Defendant are likely to believe that Defendant's services are authorized, sponsored or otherwise

approved by Plaintiff, the exclusive licensee of the Works, when in fact they are not. Such confusion is likely to occur within the State of New York and within this judicial district.

40. Upon information and belief, many of Defendant's unauthorized copies of the Works are of poor and sub-standard quality as a result of being unlawfully copied.

41. Defendants have commercially profited and continue to commercially profit, both directly and indirectly, through its unauthorized use of the Works and Plaintiff has been and continue to be injured by Defendant's unlawful acts.

42. As a result of Defendant's unauthorized use of the Works, Defendants have gained an unfair advantage with respect to Plaintiff's customers and potential customers.

43. The "Control Catalogue" portion of the Works is of special value because it contains the most recent and highly sought-after Works, and because its distribution is limited. As a result of Defendant's unauthorized use of the "Control Catalogue," the value of that portion of the Works is and has been substantially compromised.

44. Plaintiff has made demands that Defendant comply with the terms of the License Agreement to use the Works or discontinue the infringement and acts complained of and Defendants have ignored Plaintiff's requests. Defendants have performed the acts complained of herein willfully and with knowledge of the infringement that it would cause, and with intent to cause confusion, mistake, and deception.

**COUNT ONE**
**COPYRIGHT INFRINGEMENT**
**THE BERNE CONVENTION AND 17 U.S.C. §101, *et seq.***

45. Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

46. The unauthorized copying, distributing, and performing of the Works by Defendants infringes Plaintiff's exclusive copyright interests in those Works.

47. Defendants have knowingly caused, participated in, materially contributed to, and derived economic benefit from the infringement of Plaintiff's copyright interests, and Plaintiff has been damaged and continue to be damaged thereby.

48. Defendants' aforesaid conduct has been and continue to be intentional, willful, deliberate, and with full knowledge of Plaintiff's copyright interests and the infringement thereof.

49. The aforesaid acts of Defendants have caused and will continue to cause damage in an amount to be determined at trial.

50. The aforesaid acts of Defendants have caused, and unless restrained and enjoined by this Court, will continue to cause, irreparable harm, loss, and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

## COUNT TWO
## FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN 15 U.S.C. §1125(a) (§43(a) of the Lanham Act)

51. Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

52. The aforesaid acts of Defendants are likely to cause confusion, mistake, or deception among both Defendants' clients and other karaoke entertainment businesses by reason of the fact that they are likely to believe that Defendants' goods and services originate from, or are in some way properly connected with, approved by, or endorsed by Plaintiff.

53. The confusion, mistake, or deception referred to herein arises out of the aforesaid acts of Defendants which constitute unfair competition, false designation of origin, false or

misleading description of fact, or false or misleading representation of fact in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

54. The aforesaid acts were undertaken wilfully and deliberately and with the intention of causing confusion, mistake, or deception.

55. The aforesaid acts of Defendants have caused and will continue to cause damage in an amount to be determined at trial.

56. The aforesaid acts of Defendants have caused, and unless restrained and enjoined by this Court, will continue to cause, irreparable harm, loss and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

**COUNT THREE**
**FEDERAL FALSE ADVERTISING**
**15 U.S.C. §1125(a) (§43(a) of the Lanham Act)**

57. Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

58. Defendants have made and continue to make false and/or misleading statements, descriptions of fact, and representations in connection with its good and services in commercial advertising or promotion that misrepresent the nature, characteristics and quality of Plaintiff's goods and of Defendants' goods.

59. Defendants' acts, as described above, constitute false advertising in violation of 15 U.S.C. §1125(a).

60. The aforesaid acts of Defendants are willful and deliberate.

61. The aforesaid acts of Defendants have caused and will continue to cause damage in an amount to be determined at trial.

62. The aforesaid acts of Defendants have caused, and unless restrained and enjoined by this Court, will continue to cause, irreparable harm, loss, and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

**COUNT FOUR**
**FALSE ADVERTISING IN VIOLATION OF NEW YORK GENERAL BUSINESS LAW §350**

63. Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

64. Defendants have made and continue to make false and misleading statements, descriptions of fact, and representations in connection with its goods and services in commercial advertising or promotion that misrepresent the nature, characteristics, and quality of Defendants' goods.

65. Defendants' acts described above constitute false advertising in violation of New York General Business Law §350.

66. The aforesaid acts of Defendants are willful and deliberate.

67. The aforesaid acts of Defendants have caused and will continue to cause damage in an amount to be determined at trial.

68. The aforesaid acts of Defendants have caused, and unless restrained and enjoined by this Court, will continue to cause irreparable harm, loss, and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

**COUNT FIVE**
**DECEPTIVE TRADE PRACTICES IN VIOLATION OF NEW YORK GENERAL BUSINESS LAW §349**

69. Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

70. Defendants have been and are engaging in deceptive acts or practices against Plaintiff in the conduct of its business by causing confusion as to the source, sponsorship, approval, affiliation, connection, or association with, or certification by, Plaintiff , through the unauthorized use of the Works by Defendants.

71. Such acts are in violation of New York General Business Law §349.

72. The aforesaid acts of Defendants are willful and deliberate.

73. The aforesaid acts of Defendants have caused and will continue to cause damage in an amount to be determined at trial.

74. The aforesaid acts of Defendants have caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, loss, and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

**COUNT SIX**
**UNFAIR COMPETITION IN VIOLATION OF NEW YORK GENERAL BUSINESS LAW §360-1**

75. Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

76. The aforesaid acts of Defendants are likely to cause injury to Plaintiff's business reputation as a result of Defendants unfairly competing with Plaintiff in violation of New York General Business Law §360-1.

77. The aforesaid acts of Defendants are willful and deliberate.

78. The aforesaid acts of Defendants have caused and will continue to cause damage in an amount to be determined at trial.

79. The aforesaid acts of Defendants have caused, and unless restrained and enjoined by this Court, will continue to cause, irreparable harm, loss, and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

**COUNT SEVEN**
**USE OF NAME WITH INTENT TO DECEIVE IN VIOLATION OF NEW YORK GENERAL BUSINESS LAW § 133**

80. Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

81. Only Plaintiff has the right to use the Companies' names in the United States in connection with the Works, unless authorization is given by the Companies or Plaintiff.

82. Defendants use the Companies' names in connection with its goods and services in the United States without the authorization of the Companies or Plaintiff, the Companies' exclusive licensee.

83. Defendants' misappropriation of the Companies' names was for the intention of deceiving and misleading the public and capitalizing on the reputation and goodwill established by the Companies and Plaintiff.

84. The aforesaid acts of Defendants are likely to confuse, deceive, or mislead the public into believing that they are buying the products of Plaintiff or that Defendants are associated with, sponsored by, or somehow related to or approved by Plaintiff.

85. Such acts are in violation of New York General Business Law §133.

86. The aforesaid acts of Defendants are willful and deliberate.

87. The aforesaid acts of Defendants have caused and will continue to cause damage in an amount to be determined at trial.

88.     The aforesaid acts of Defendants have caused, and unless restrained and enjoined by this Court, will continue to cause irreparable harm, loss, and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

## COUNT EIGHT
## COMMON LAW UNFAIR COMPETITION

89.     Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

90.     By using Works without Plaintiff's permission, Defendants have misappropriated Plaintiff's property and valuable goodwill at no cost to Defendants and have unfairly benefitted from such Works in violation of the common law of New York State.

91.     The aforesaid acts of Defendants constitute unfair business practices and constitute unfair competition and are resulting and have resulted in substantial damage to Plaintiff's business, reputation, and goodwill in violation of the common law of New York State.

92.     Such acts are in violation of New York common law.

93.     The aforesaid acts of Defendants are willful and deliberate.

94.     The aforesaid acts of Defendants have caused and will continue to cause damage in an amount to be determined at trial.

95.     The aforesaid acts of Defendants have caused, and unless restrained and enjoined by this Court, will continue to cause irreparable harm, loss, and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

## COUNT NINE
## ACCOUNTING

96.     Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

97. Plaintiff does not know the full extent to which Defendants have made unauthorized use of the Works.

98. Plaintiff does not know the precise amount of money which Defendants have received as a result of, and in connection with its unauthorized use of the Works.

99. Upon information and belief, Defendants possess records which reflect the full extent to which Defendants have infringed the copyright of the Works, and the precise amount of money Defendants have received as a result of, and in connection with, its unauthorized use of the Works.

100. Plaintiff is therefore entitled to a judgment for a full accounting of all Works which Defendants have copied, distributed, and/or used in connection with any commercial activity, and the money and profits earned by Defendants as a result of, and connected to, their unauthorized use of the Works, including all monies earned through selling food, alcoholic and non-alcoholic beverages, and any other goods or service in direct connection with Defendants' unauthorized use of the Works.

**JURY DEMAND**

101. Plaintiff demands a trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment against Defendants, jointly and severally, as follows:

a. For a preliminary and permanent injunction providing:

i. Defendants and their respective agents, employees, officers and directors, attorneys, successors, licensees, and assigns, and all those persons acting in concert and combination therein, shall be and hereby are enjoined from directly or indirectly infringing Plaintiff's rights in the copyrighted Works, whether now in

existence or later created, which are owned or controlled by Plaintiff (or any parent, subsidiary or affiliate of Plaintiff); and

ii. Defendants, and their respective agents, employees, officers and directors, attorneys, successors, licensees, and assigns, shall deliver up for destruction all infringing materials, including all discs, drives, and other storage media that contain infringing copies of Plaintiffs copyrighted works which are in Defendants' possession, custody or control; and

b. For an award to Plaintiff, at its election, of either:

i. actual damages and all profits derived by Defendants, or either of them, as a result of their infringing activities, pursuant to 17 U.S.C. §504(b), or

ii. statutory damages in the maximum amount of $150,000 with respect to each of Plaintiff's copyrighted works registered in the United States pursuant to 17 U.S.C. §504(c); and

c. For an award of such damages in an amount sufficient to compensate Plaintiff for losses it has sustained as a consequence of Defendants' unlawful acts, as well as profits attributable to Defendants' unlawful acts; and

d. For an accounting for all profits derived by Defendants from their unlawful acts; and

e. For an award to Plaintiff of its attorneys' fees and full costs; and

f. For an award of treble damages to Plaintiff; and

g. For such further relief as the Court may deem just and appropriate.

Dated: Upper Nyack, New York
August 13, 2009

Respectfully submitted,

Merrill Rubin, Esq. (MR4943)
328 North Broadway, 2nd Floor
Upper Nyack, NY 10960
(845) 363-6568
email: merrillrubin@post.harvard.edu
*Attorney for Plaintiff*
Entral Group International, LLC

# Exhibit 1

## List of Recorded Copyright Registered Works

| PA Number | Karaoke Work Title | | Name of Performing Artists | |
|---|---|---|---|---|
| | Chinese | English | Chinese | English |
| PA 1-138-367 | 當愛變成習慣 | When Love Becomes A Habit | 張學友 | Jacky Cheung |
| PA 1-138-334 | 越吻越傷心 | The More I Kiss You The More It Hurts | 蘇永康 | William So |
| PA 1-146-592 | 1874 | 1874 | 陳奕迅 | Eason Chan |
| PA 1-146-593 | 爛泥 | Dirty Soul | 許志安 | Andy Hui |
| PA 1-146-594 | 大男人 | Chauvinist Man | 許志安 | Andy Hui |
| PA 1-146-596 | 左鄰右里 | Neighbor | 李克勤 / 譚詠麟 | Hacken Lee / Alan Tam |
| PA 1-146-597 | 合久必婚 | Marriage Will Follow After Many Years | 李克勤 | Hacken Lee |
| PA 1-146-599 | 謝謝儂 | Thank You | 陳奕迅 | Eason Chan |
| PA 1-146-601 | 邊走邊愛 | Loving You While Walking | 謝霆鋒 | Nicholas Tse |
| PA 1-146-603 | 咬唇 | Bite The Lips | 楊千嬅 | Miriam Yeung |
| PA 1-146-600 | 心服口服 | Believing With Conviction | 陳慧琳 | Kelly Chan |

# Exhibit 2

# CERTIFICATE OF REGISTRATION

T-221 P 004/005 F-662

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-138-367

EFFECTIVE DATE OF REGISTRATION

8 27 03

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Cheung Hok Yau (Jacky) When Love Becomes A Habit (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
張學友 當愛變成習慣 (卡拉 OK 版本)

NATURE OF THIS WORK ▼
Motion Picture

**2**

a NAME OF AUTHOR ▼
PolyGram Records Hong Kong Limited

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR Citizen of / Domiciled in: Hong Kong

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☑ No — Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP: *Entire motion picture

**NOTE**

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 1994

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK: Month May Day 27 Year 1994 — Hong Kong

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Universal Music Limited
6th Floor Railway Plaza 39 Chatham Road South
Tsimshatsui Kowloon Hong Kong

APPLICATION RECEIVED 9/31/03
ONE DEPOSIT RECEIVED 8/27/03
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Universal Music Limited acquired PolyGram Records Hong Kong Limited and obtained the ownership of the copyright as December 31 1998

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY NLG

FORM PA

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Title When Love Becomes A Habit

Performing Artist Cheung Hok Yau (Jacky) Composer Lau Siu Kei Lyrist Lauoon John

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

*motion picture production

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a Name ▼ Account Number ▼

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Maria C H Lin c/o Morgan & Finnegan

345 Park Avenue

New York NY 10154 0053

Area code and daytime telephone number ( 212 ) 758 4800 Fax number ( 212 ) 751 6849

Email ▼

**8**

CERTIFICATION I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Universal Music Limited Hong Kong

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nicolas Chai President of Fntral Group International LLC Date Aug 22nd 2003

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼

Maria C H Lin c/o Morgan & Finnegan

Number/Street/Apt ▼

345 Park Avenue

City/State/ZIP ▼

New York NY 10154 0053

YOU MUST: Complete all necessary spaces. Sign your application in space 8. SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material. MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue SE, Washington DC 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE

PA 1-138-334

EFFECTIVE DATE OF REGISTRATION

Month 8 Day 13 Year 03

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
William So The More I Kiss You The More It Hurts (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
蘇永康 越吻越傷心 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼
Universal Music Limited Hong Kong

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
~~Karaoke Video Version of When Love Becomes A Habit~~ * Entire motion picture

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼
Go East Entertainment Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
* entire motion picture

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1999 Year
This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month May Day 21 Year 1999
Hong Kong Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Go East Entertainment Company Limited
8th Floor 100 Canton Road Tsimshatsui
Kowloon Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED AUG 13 2003
ONE DEPOSIT RECEIVED AUG 13 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE

*Amended by C O from phone call to Maria C H Lin on Aug 18, 2003

EXAMINED BY *NLG*

CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title I More I Kiss You The More It Hurts
Performing Artist William So
Composers Eddie King Lyrist Lin xi

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

~~The original work has been synchronized with a video featuring the original performing artist a music only sound track a music plus vocal sound track and the animated superimposed subtitle~~ * motion picture production

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Maria C H Lin c/o Morgan & Finnegan
345 Park Avenue
New York NY 10154 0053
REF 4361 4097

Area code and daytime telephone number ( 212 ) 758 4800 Fax number ( 212 ) 751 6849

Email

**8**

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Go East Entertainment Company Limited
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC Date August 8th 2003

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Maria C H c/o Morgan & Finnegan

Number/Street/Apt ▼
345 Park Avenue

City/State/ZIP ▼
New York NY 10154 0053

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website or call the Copyright Office

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-146-592

PA PAU

EFFECTIVE DATE OF REGISTRATION

Oct 15, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Eason Chan 1847 (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
陳奕迅 1874 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2 a** NAME OF AUTHOR ▼
Music Plus

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month July Day 24 Year 2002
Hong Kong Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Emperor Entertainment (Hong Kong) Limited
28/F Emperor Group Centre 288 Hennessy Road
Wan Chai Hong Kong

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Music Plus is a label and it is owned by Emperor Entertainment (Hong Kong) Limited

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED
OCT 15 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 15 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE

Title on deposit 1874

EXAMINED BY GT

CHECKED BY

FORM PA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box ) ▼ If your answer is No do not check box A B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title 1847
Performing Artist Eason Chan
Composers Carol Wong Lyrist Wyman Wong

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349 4456

Email

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Emperor Entertainment (Hong Kong) Limited

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International, LLC Date October 8th 2003

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Nicolas Chai c/o Entral Group International LLC

Number/Street/Apt ▼
245 Park Avenue 39th Floor

City/State/ZIP ▼
New York NY 10167

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE PA 1-146-593

EFFECTIVE DATE OF REGISTRATION
OCT 15, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Andy Hui Dirty Soil (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
許志安 爛泥 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Go East Entertainment Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 Year
This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month August Day 23 Year 2002
Hong Kong Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Go East Entertainment Company Limited
8th Floor 100 Canton Road, Tsimshatsui
Kowloon Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED OCT 15 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 15 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY GJ

CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Dirty Soil
Performing Artist Andy Hui
Composers Li Jun Yi Lyrist Li Jun Yi

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349 4456

Email

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Go East Entertainment Company Limited

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC Date October 8th 2003

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Nicolas Chai c/o Entral Group International LLC

Number/Street/Apt ▼
245 Park Avenue 39th Floor

City/State/ZIP ▼
New York NY 10167

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE PA 1-146-594

EFFECTIVE DATE OF REGISTRATION

Oct 15, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Andy Hui Chauvinist Man (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
許志安 大男人(卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Go East Entertainment Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month August Day 06 Year 2003
Hong Kong Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Go East Entertainment Company Limited
8th Floor 100 Canton Road Tsimshatsui
Kowloon, Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED OCT 15 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 15 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY GS

CHECKED BY

FORM PA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Chauvinist Man
Performing Artist Andy Hui
Composers Mark Liu Lynst Lin Xi

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349 4456

Email

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Go East Entertainment Company Limited
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC Date October 8th 2003

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Nicolas Chai c/o Entral Group International LLC

Number/Street/Apt ▼ 245 Park Avenue 39th Floor

City/State/ZIP ▼ New York NY 10167

YOU MUST: Complete all necessary spaces. Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO: Library of Congress Copyright Office 101 Independence Avenue S E Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA

For a Work of the Performing Arts

PA 1-146-596

PA PAU

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003

Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Hacken Lee and Alan Tam Neighbor (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
李克勤，譚詠麟 左鄰右里 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

a NAME OF AUTHOR ▼
Universal Music Limited Hong Kong

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of Hong Kong / Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ______ / Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ______ / Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2002 Year. This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month January Day 22 Year 2002
Hong Kong Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Universal Music Limited Hong Kong
6th Floor Railway Plaza 39 Chatham Road South
Tsimshatsui Kowloon Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED Oct. 15, 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 15 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY GS

CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Neighbor
Performing Artist Hacken Lee Alan Tam
Composers Mark Lui Lyrist Hacken Lee

See instructions before completing this space

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
**a** Name ▼ Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349 4456
Email

**8**

**CERTIFICATION** I the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Universal Music Limited Hong Kong
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC Date October 8th 2003

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Nicolas Chai c/o Entral Group International LLC |
| Number/Street/Apt ▼ | 245 Park Avenue 39th Floor |
| City/State/ZIP ▼ | New York NY 10167 |

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA

PA 1-146-597

EFFECTIVE DATE OF REGISTRATION

Oct 15, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Hacken Lee Marriage Will Follow After Many Years (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
李克勤 合久必婚(卡拉OK版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

a NAME OF AUTHOR ▼
Universal Music Limited Hong Kong

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 Year
This information must be given in all cases

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month April Day 25 Year 2003
Hong Kong Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Universal Music Limited Hong Kong
6th Floor Railway Plaza 39 Chatham Road South
Tsimshatsui Kowloon Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
OCT 15 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
OCT 15 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY GJ

FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A B or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Marriage Will Follow After Many Years
Performing Artist Hacken Lee
Composers Roland Ng Lyrist Leung Wai Man

See instructions before completing this space

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349 4456
Email

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Universal Music Limited Hong Kong
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC Date October 8th 2003

Handwritten signature (X) ▼
x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Nicolas Chai c/o Entral Group International LLC
Number/Street/Apt ▼
245 Park Avenue 39th Floor
City/State/ZIP ▼
New York NY 10167

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707 3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-146-599

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Eason Chan Thank You (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
陳奕迅 謝謝儂 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Music Plus

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month April Day 02 Year 2002
Taiwan Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Emperor Entertainment (Hong Kong) Limited
28/F Emperor Group Centre 288 Hennessy Road
Wan Chai Hong Kong

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Music Plus is a label and it is owned by Emperor Entertainment (Hong Kong) Limited

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
Oct. 15, 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
OCT 15 2003

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY GS

CHECKED BY

FORM PA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼ If your answer is No do not check box A, B or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Thank You
Performing Artist Eason Chan
Composers Lin Yi Feng Lyrist Lin Xi

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349-4456

Email

**8**

**CERTIFICATION*** I the undersigned, hereby certify that I am the

Check only one ▶

- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☒ authorized agent of Emperor Entertainment (Hong Kong) Limited

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC Date October 8th 2003

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Nicolas Chai c/o Entral Group International LLC

Number/Street/Apt ▼
245 Park Avenue 39th Floor

City/State/ZIP ▼
New York NY 10167

Complete all necessary spaces
Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

# FORM PA

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-146-601

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
Nicholas Tse Loving You While Walking (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
謝霆鋒 邊走邊愛 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2** a NAME OF AUTHOR ▼
Emperor Entertainment (Hong Kong) Limited

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of Hong Kong / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month June Day 13 Year 2003
Hong Kong Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Emperor Entertainment (Hong Kong) Limited
28/F Emperor Group Centre 288 Hennessy Road
Wan Chai Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED Oct 15 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED Oct 15 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY CS

CHECKED BY

FORM PA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is "Yes" give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation.

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Loving You While Walking
Performing Artist Nicholas Tse
Composers Nicholas Tse & Sun Wei Ming Lyrist Lin Xi

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349 4456

Email

**8**

**CERTIFICATION*** I the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Emperor Entertainment (Hong Kong) Limited
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai, President of Entral Group International LLC Date October 8th 2003

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Nicolas Chai c/o Entral Group International LLC

Number/Street/Apt ▼
245 Park Avenue 39th Floor

City/State/ZIP ▼
New York NY 10167

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-146-603

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Miriam Yeung Bite The Lips (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
楊千嬅 咬唇(卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

a NAME OF AUTHOR ▼
Cinepoly Records Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month June Day 16 Year 2003
Hong Kong Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Cinepoly Records Company Limited
8th Floor 100 Canton Road Tsimshatsui
Kowloon Hong Kong

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED OCT 15 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 15 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY GS

CHECKED BY

FORM PA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## 5

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ Year of Registration ▼

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Song Title Bite The Lips
Performing Artist Miriam Yeung
Composers Ng Lok Shing Lyrist Wyman Wong

See instructions before completing this space

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion Picture Production

## 7

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nicolas Chai c/o Entral Group International LLC
245 Park Avenue 39th Floor
New York, NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349 4456

Email

## 8

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Cinepoly Records Company Limited

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nicolas Chai President of Entral Group International LLC Date October 8th 2003

Handwritten signature (X) ▼

x [signature]

## 9

Certificate will be mailed in window envelope to this address

Name ▼
Nicolas Chai c/o Entral Group International LLC

Number/Street/Apt ▼
245 Park Avenue 39th Floor

City/State/ZIP ▼
New York NY 10167

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA

For a Work of the Performing Arts

PA 1-146-600

EFFECTIVE DATE OF REGISTRATION

OCT 15, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Kelly Chen Believing With Conviction (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
陳慧琳 心服口服 (卡拉 OK 版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Go East Entertainment Company Limited

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of Hong Kong
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month September Day 05 Year 2003
Hong Kong Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Go East Entertainment Company Limited
8th Floor 100 Canton Road Tsimshatsui
Kowloon, Hong Kong

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
Oct 15 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
Oct 15 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY CS

FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes" give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Song Title Believing With Conviction
Performing Artist Kelly Chen
Composers Chow Tuen Hun, Lyrist Lin Xi

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Motion Picture Production

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Nicolas Chai c/o Entral Group International LLC
245 Park Avenue, 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725 Fax number ( 646 ) 349 4456
Email

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Go East Entertainment Company Limited
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Nicolas Chai, President of Entral Group International LLC Date October 8th 2003

Handwritten signature (X) ▼
x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Nicolas Chai c/o Entral Group International LLC
Number/Street/Apt ▼
245 Park Avenue 39th Floor
City/State/ZIP ▼
New York NY 10167

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Exhibit 3

**List of Recorded Karaoke Works released in 2H2007 and 1H2008**

| Release Period | Karaoke Work Title | | Artist/s'/s' Name | | Remark |
|---|---|---|---|---|---|
| | Chinese | Pinyin | Chinese | English | |
| 2H2007 | 自卑 | Zi Bei | 吳浩康 | Deep Ng | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 2H2007 | 懲罰自己 | Cheng Fa Chi Je | 吳浩康 | Deep Ng | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 2H2007 | 歲月風雲 | Shu Yue Feng Yun | 李克勤/小剛 | Hacken Lee / Xiao Jiang | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 2H2007 | 苦行僧 | Ku Xing Seng | 洪卓立 | Ken Hung | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 2H2007 | 彌敦道 | Ni Dun Dao | 洪卓立 | Ken Hung | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 1H2008 | 我的獨立時代 | Wo De Du Li Shi Dai | 洪卓立 | Ken Hung | The work was created by superimposed the lyrics onto the music video |
| 2H2007 | 紅玫瑰 | Hong Mei Gui | 陳奕迅 | Eason Chan | The work was a Taiwan-only version for which indicated that Pop Music Studio has acquired the work other than from EGI |
| 2H2008 | 倒帶人生 | Dai Dai Ren Sheng | 陳奕迅 | Eason Chan | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |

| Release Period | Karaoke Work Title | | Artist/s'/s' Name | | Remark |
|---|---|---|---|---|---|
| | Chinese | Pinyin | Chinese | English | |
| 1H2008 | 時代巨輪 | Shi Dai Ju Lun | 陳奕迅 | Eason Chan | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 1H2008 | 路一直都在 | Lu Yi Zhi Dou Zai | 陳奕迅 | Eason Chan | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 1H2008 | 連帶關係 | Lian Dai Guan Xi | Twins | Twins | The work was a Taiwan-only version for which indicated that Pop Music Studio has acquired the work other than from EGI |
| 1H2008 | 喜歡一個人好累 | Xi Huan Yi Gua Ren Hau Lei | 泳兒 | Vincy | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 1H2008 | 最美麗的第七天 | Zui Mei Li De Di Qi Tian | 泳兒 | Vincy | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 2H2007 | 送我一個家 | Song Wo Yi Gua Jia | 泳兒 | Vincy | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 2H2007 | 逃 | Tao | 容祖兒 | Joey Yung | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 1H2008 | Lucky Star | Lucky Star | 容祖兒 | Joey Yung | The work was created by superimposed the lyrics onto the music video |

| Release Period | Karaoke Work Title | | Artist/s'/s' Name | | Remark |
|---|---|---|---|---|---|
| | Chinese | Pinyin | Chinese | English | |
| 2H2007 | 喜喜 | Xi Xi | 容祖兒 | Joey Yung | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 2H2007 | 在你的左右 | Zai Ni Di Zuo You | 容祖兒 | Joey Yung | The work was a Taiwan-only version for which indicated that Pop Music Studio has acquired the work other than from EGI |
| 2H2007 | 鍾無艷 | Zhong Wu Yan | 謝安琪 | Kay Tse | The work was created by superimposed the lyrics onto the music video |
| 2H2008 | 囍帖街 | Xi Tie Jie | 謝安琪 | Kay Tse | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 2H2007 | 堡壘 | Bao Nu | 鍾舒漫 | Kay Tse | The work was a promotional copy indicated that Pop Music Studio has acquired the work other than from EGI. |
| 1H2008 | 有時寂寞 | Yao Shi Ji Mo | 陳慧琳 | Kelly Chan | The work was created by superimposed the lyrics onto the music video |
| 2H2007 | 最好給最好 | Zui Hao Gei Zui Hao | 陳慧琳 | Kelly Chan | The work was created by superimposed the lyrics onto the music video |
| 1H2008 | 好難好難 | Hao Nan Hao Nan | 陳小春 | Gordon Chan | The work was a Taiwan-only version for which indicated that Pop Music Studio has acquired the work other than from EGI |